UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CV-172

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOYCE V. BENNER and LOIS E. BENNER,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*. Pursuant to Section IV of the Pretrial Order (Doc. #16) issued by this Court on August 2, 2010, this case is considered suitable for mediation. Accordingly, it is **ORDERED** that the parties participate in a mediated settlement conference within sixty days of the issuance of this Order. If the case is not resolved through mediation within sixty days, a trial date will be set. **It is so Ordered.**

Signed: June 30, 2011

Richard L. Voorhees
United States District Judge