IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:10-CV-72

| | | |
|---|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CONSENT JUDGMENT |
| v. | ) ) | |
| JOYCE V. BENNER and LOIS E. BENNER | ) ) | |
| Defendants. | ) | |

**THIS MATTER** coming on before the undersigned United States District Court Judge and it appears, based upon the signatures hereinafter hearing, that, within a few days following an unsuccessful mediation, the parties, continuing with the services of W. Kelly Johnson, Esquire, the selected mediator did compromise and settle all matters and things in controversy between them in this matter, as well as all issues concerning the Estate of Robert B. Benner;

**IT IS NOW, ORDERED, ADJUDGED AND DECREED, BY CONSENT,** as follows:

(1) The total amount of life insurance proceeds heretofore paid into the Court on behalf of Northwestern Mutual Life Insurance Company, in the amount of $152,629.69, less the attorney fees approved to be paid for the attorneys for the plaintiff, shall be paid to Reeves Law Firm Trust Account;

(2) From the total of these funds, the sum of $15,000 shall be disbursed and paid to the defendant, Lois Benner.

(3) The balance of said proceeds shall be disbursed to Joyce Benner.

(4) The defendant, Lois Benner, shall receive a small tractor and accompanying trailer which is in the possession of the defendant, Joyce Benner, and she shall travel to North Carolina to take possession of the same within 30 days after this is Consent Judgment is signed by the undersigned United States District Court Judge.

(5) This Consent Judgment is in full settlement of all sums which either defendant is entitled to receive from the other by virtue of the death of Robert B. Benner.

This the 2nd day of September, 2011.

_____
Honorable Richard Voorhees
United States District Court Judge

Consented to:

_____
Lois Benner, Defendant

_____
Joyce Benner, Defendant

_____
Jimmy D. Reeves
Attorney for Joyce Benner